UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.M., <br><br> Petitioner(s), <br><br> v. <br><br> CAMMILLA WAMSLEY et al., <br><br> Respondent(s). | CASE NO. 2:25−cv−02074−TMC <br><br> MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Tiffany M. Cartwright, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−02074−TMC and bear the Judge's name in the upper right hand corner of the document.

DATED October 28, 2025

Ravi Subramanian
Clerk of Court

By: /s/ Andy Quach
Deputy Clerk